UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN McWHORTER,<br><br>Petitioner,<br><br>v.<br><br>RONALD DAVIS, Warden of California State Prison at San Quentin,<br><br>Respondent. | Case No. 1:20-cv-00215-NONE<br><br>DEATH PENALTY CASE<br><br>ORDER APPOINTING COUNSEL |

On February 11, 2020, Petitioner Richard Allen McWhorter, a state prisoner facing capital punishment, began this action pursuant to 28 U.S.C. § 2254 by filing requests for appointment of counsel to represent him (Doc. No. 1) and to proceed *in forma pauperis* (Doc. No. 2).

On February 18, 2020, the Court issued an order referring the case to the Selection Board for the Eastern District of California for recommendation of counsel and granting Petitioner's request to proceed *in forma pauperis*. (Doc. No. 6.)

On February 18, 2020, Deputy Attorney General Brook A. Bennigson filed notice of appearance on behalf of Respondent Warden Ronald Davis. (Doc. No. 8.)

On March 27, 2020, the Selection Board recommended that attorneys Soar E. Stetler and Kresta Nora Daly be appointed to represent Petitioner.

The Court will adopt the recommendation of the Selection Board.

1

Accordingly,

1. Saor E. Stetler, Esq. and Kresta Nora Daly, Esq. are appointed as co-counsel to represent Petitioner for all purposes in this proceeding pursuant to 18 U.S.C. § 3599. *See* Local Rule 191(c). Counsel are directed to comply with the e-filing registration requirements of Local Rule 135.

2. The Clerk of the Court is directed to file under seal the Selection Board's March 27, 2020 letter to the Court.

3. The Clerk of the Court is directed to serve copies of this order on Saor E. Stetler, Law Offices of Saor E. Stetler, P.O. Box 2189, Mill Valley, CA 94941, (Ph.) 415-388-8924, (Email) saorstetler@me.com; Kresta Nora Daly, Barth Daly LLP, 2810 Fifth Street, Davis, CA 95618, (Ph.) 916-440-8600, (Email) kdaly@Barth-Daly.com; Ron Davis, Warden of San Quentin State Prison, San Quentin, CA 94964; Brook Bennigson, Deputy Attorney General, 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, (Ph.) 916-210-7688, (Email) brook.bennigson@doj.ca.gov; Jennifer Mann, Assistant Federal Defender, 801 I Street, Third Floor, Sacramento, CA 95814, (Ph.) 916-498-6666, (Email) jennifer_mann@fd.org; and Connie Garcia, CJA Administrator, Office of the Federal Defender, 2300 Tulare Street, Suite 330, Fresno, CA 93721, (Ph.) 559-487-5561, (Email) connie_garcia@fd.org.

IT IS SO ORDERED.

Dated: **March 30, 2020**

UNITED STATES DISTRICT JUDGE