UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN McWHORTER, | Case No. 1:20-cv-00215-NONE |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | CASE MANAGEMENT ORDER |
| RONALD DAVIS, Warden of California State Prison at San Quentin, | |
| Respondent. | |

On February 11, 2020, petitioner Richard Allen McWhorter, a state prisoner facing capital punishment, commenced this action pursuant to 28 U.S.C. § 2254 by filing applications for appointment of counsel to represent him and to proceed *in forma pauperis*.

On February 18, 2020, the court referred the case to the Selection Board for the Eastern District of California for recommendation of counsel and granted petitioner's application to proceed *in forma pauperis*.

On February 18, 2020, Deputy Attorney General Brook Bennigson filed notice of appearance.

On March 31, 2020, the court adopted the recommendation of the Selection Board and appointed attorneys Saor Stetler and Kresta Daly to represent petitioner.

/////

1

Accordingly,

1. Counsel for petitioner and respondent, by not later than thirty (30) days following the filed date of this order, shall meet and confer and file a joint statement setting out their agreement, disagreement and respective positions in the event of disagreement as to scheduling of: (i) the date for electronic lodging of the state court record (*see* Local Rule 191(h)(1)); (ii) the date for filing the federal habeas petition pursuant to 28 U.S.C. § 2254 and any anticipated tolling; and (iii) the date for filing the answer or other responsive pleading.  The court's expectation regarding electronic lodging of the state record is that:

   a. Respondent's counsel shall file a Notice of Lodging and lodge the state court record in electronic (optical character recognition) format on the court's electronic filing system, each item of the state court record shall be lodged as an attachment to the Notice of Lodging, for each separate attachment the Notice of Lodging shall identify the attachment number and the Bate-stamp numbers and the name of that part of the record including its internal pagination if any, the identical identifying information shall also be included as the docket title of each electronically lodged attachment to the Notice of Lodging, to the extent possible each separate paper volume of the state court record shall be lodged as one attachment,

   b. State sealed records shall be lodged in paper form, and

   c. Respondent's counsel need not lodge the state court record on CDs and courtesy copies on CD are not required.

/////
/////
/////
/////
/////

2. Counsel for petitioner, by not later than sixty (60) days following the filed date of this order, shall prepare an initial Criminal Justice Act, 18 U.S.C. § 3006A budget and submit it *ex parte* to the court through eVoucher.[1]

3. The forgoing matters shall be deemed submitted pending issuance of a scheduling order and *ex parte* funding authorization through eVoucher, or any court ordered case management conference.[2]

IT IS SO ORDERED.

Dated: **April 27, 2020**

UNITED STATES DISTRICT JUDGE

---

[1] Counsel for petitioner shall work with Ninth Circuit Case Managing Attorney Jennifer Naegele (email: jnaegele@ce9.uscourts.gov; phone (415) 355-8986) to prepare the budget and receive instructions for using eVoucher.

[2] *See* Standing Order in Light of Ongoing Judicial Emergency in the Eastern District of California (Doc. No. 11), and General Orders in the Eastern District of California regarding COVID-19 Emergency available at: http://www.caed.circ9.dcn/index.cfm/iCAED/coronavirus-covid-19-guidance/