# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN McWHORTER, | Case No. 1:20-cv-00215-NONE |
| Petitioner, | DEATH PENALTY CASE |
| v. | ORDER SCHEDULING PETITIONER'S SECOND MOTION FOR EQUITABLE TOLLING |
| RONALD DAVIS, Warden of California State Prison at San Quentin, | |
| Respondent. | |

The record reflects that on March 3, 2021, petitioner, through counsel, filed a second motion for equitable tolling of the deadline for filing his petition for writ of habeas corpus. (Doc. No. 23.) The motion has not been set for hearing.

Accordingly, respondent shall file his response to the instant motion not later than March 19, 2021. Petitioner's reply shall be filed not later than seven (7) days from the filed date of the response. Thereupon, the matter shall be deemed submitted for decision.[1]

IT IS SO ORDERED.

Dated:  **March 4, 2021**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

---

[1] *See* Doc. No. 14, at 2 n.2, and Doc. No. 23, at 1 n.1.