UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN McWHORTER, | Case No. 1:20-cv-00215-NONE |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | ORDER SCHEDULING PETITIONER'S THIRD MOTION FOR EQUITABLE TOLLING |
| RONALD DAVIS, Warden of California State Prison at San Quentin, | |
| Respondent.[1] | |

The record reflects that on September 15, 2021, petitioner, through counsel, filed a third motion for equitable tolling of the deadline for filing his petition for writ of habeas corpus. (Doc. No. 29.) The motion has not been set for hearing.

Accordingly, respondent shall file his response to the instant motion not later than fifteen (15) days following the filed date of this order. Petitioner's reply shall be filed not later

/////

---

[1] Ron Broomfield, Acting Warden of California State Prison at San Quentin, is substituted for Ronald Davis, former Warden of California State Prison at San Quentin, pursuant to Federal Rules of Civil Procedure 25(d).

1

than seven (7) days from the filed date of the response.  Thereupon, the matter shall be deemed submitted, and the parties will be notified by minute order if a hearing is necessary.[2]

IT IS SO ORDERED.

Dated:   **September 28, 2021**          /s/ Dale A. Drozd
                                          UNITED STATES DISTRICT JUDGE

---

[2] See Doc. No. 11, Doc. No. 29 at 1 n.1, regarding the Standing Order in Light of Ongoing Judicial Emergency in the Eastern District of California; see also General Orders in the Eastern District of California regarding COVID-19 Emergency available at: http://www.caed.circ9.dcn/index.cfm/iCAED/coronavirus-covid-19-guidance/