# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN McWHORTER,<br><br>Petitioner,<br><br>v.<br><br>OAK SMITH, Warden of California State Prison at San Quentin,<br><br>Respondent.[1] | Case No.  1:20-cv-00215-JLT<br><br>DEATH PENALTY CASE<br><br>ORDER REGARDING POST-PETITION SCHEDULING |

The record reflects that on October 22, 2021, petitioner filed in this proceeding his initial federal habeas corpus petition pursuant to 28 U.S.C. § 2254.  (Doc. 34.)  Petitioner requested, and the Court granted, equitable tolling of the limitations deadline under 28 U.S.C. § 2244 for the filing of any amended § 2254 petition through January 30, 2023.[2]  (*See* Docs. 22, 28, 36, 42, 46.)  The record further reflects that petitioner did not timely or otherwise file an amended § 2254 petition in this proceeding.

The Court previously ordered that further scheduling would be provided, and any

---

[1] Oak Smith, acting warden of San Quentin State Prison since January 2023, is substituted as respondent in place of his predecessor wardens.  Fed. R. Civ. P. 25(d).

[2] On March 6, 2023, the Court denied equitable tolling beyond January 30, 2023, without prejudice to renewal once a federal amended petition is filed.  (*See* Doc. 50.)

1

necessary case management conference would be set after petitioner's filing of the § 2254 petition.  (*See* Doc. 14.)

Accordingly, counsel for the parties, by not later than thirty (30) days following the service date of this order, are directed to meet and confer and then file a joint statement addressing their respective positions as to:

1. Which claims and subclaims asserted in the 28 U.S.C. § 2254 petition are exhausted, partially exhausted, or unexhausted,

2. A schedule upon which: (i) petitioner shall file any renewal motion to equitably toll the 28 U.S.C. § 2244 deadline, motion to amend 28 U.S.C. § 2254 petition, and/or motion for exhaustion stay, (ii) respondent shall file his answer or any other responsive pleading, and (iii) petitioner shall file his reply or other response thereto, and

3. Whether a case management conference is requested, and if so a description of matters requiring the Court's attention.

The Court will review the statement and provide further case scheduling and/or set any necessary case management conference.

IT IS SO ORDERED.

Dated:   **March 13, 2023**

UNITED STATES DISTRICT JUDGE