UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN McWHORTER,<br><br>Petitioner,<br><br>v.<br><br>OAK SMITH, Warden of California State Prison at San Quentin,<br><br>Respondent.[1] | Case No. 1:20-cv-00215-JLT<br><br>DEATH PENALTY CASE<br><br>ORDER REGARDING POST-PETITION SCHEDULING |

The Court, having reviewed the April 13, 2023 Joint Statement Regarding Status of Claims Exhaustion and Scheduling of Further Pleadings filed by the parties through their respective counsel (Doc. 61), finds good cause to adopt the post-petition scheduling stipulated to therein.

ACCORDINGLY,

1. By not later than MAY 15, 2023, petitioner shall file an amended federal petition for writ of habeas corpus under 28 U.S.C. § 2254; and a renewal motion to equitably

---

[1] Oak Smith, acting warden of San Quentin State Prison since January 2023, is substituted as respondent in place of his predecessor wardens. Fed. R. Civ. P. 25(d).

1

toll the 28 U.S.C. § 2244 deadline.[2]

    2.    By not later than THIRTY (30) DAYS following petitioner's filing of the amended federal habeas corpus petition, the parties shall file an additional joint statement setting out their respective positions regarding exhaustion status of claims, and providing proposed scheduling of anticipated additional briefs and pleadings.

    3.    The parties will be notified by minute order should the Court require a case management conference.

IT IS SO ORDERED.

Dated:   **April 26, 2023**

*United States District Judge*

---

[2] Contrary to respondent's assertion, petitioner does not state that he will include a request for exhaustion stay with his filings due by May 15, 2023. (*See* Doc. 61 at 2:22-3:3.) The Court defers scheduling regarding any request for exhaustion stay.