UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN McWHORTER, | Case No. 1:20-cv-00215-JLT |
| Petitioner, | DEATH PENALTY CASE |
| v. | ORDER DIRECTING THAT COUNSEL FOR PETITIONER FILE A STATUS REPORT |
| DAO VANG, Acting Warden of the California Health Care Facility, Stockton, | |
| Respondent.[1] | |

On May 2, 2024, the Court stayed these federal proceedings and held them in abeyance of state exhaustion proceedings. (Doc. 78 at 12.[2]) The Court directed that Petitioner file his state exhaustion petition within 60 days, and file notice thereof in this proceeding within 30 days of filing the state exhaustion petition, and inform this Court within 30 days of a final decision by the state courts on the exhaustion petition. (Doc. 78 at 18.) On July 27, 2024, Petitioner notified the Court that his state exhaustion petition was filed in Kern County Superior Court on July 1, 2024. (Doc. 79.)

The Court directs that counsel for Petitioner file a report on the status of the state court

---

[1] A CDCR California Incarcerated Records and Information Search ("CIRIS") shows that Petitioner is incarcerated at the California Health Care Facility, Stockton, CA, in the care and custody of Acting Warden Dao Vang. See Ciris.mt.cdcr.ca.gov (last visited May 22, 2025). Pursuant to Federal Rule of Civil Procedure 25(d), Acting Warden Dao Vang is substituted as Respondent in place of his predecessor wardens.
[2] All reference to docket pagination is to CM/ECF system pagination.

1

1  exhaustion proceedings, including whether counsel has request appointment therein and any
2  action on such request, by not later than 30 days following issuance of this order.  The Court's
3  noted prior order (Doc. 78) continues in full force and effect.

IT IS SO ORDERED.

Dated:  **May 23, 2025**

_____
UNITED STATES DISTRICT JUDGE